# Court of Appeals
# of the State of Georgia

ATLANTA, November 08, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0077.  GRACE MCGINN v. JOHN REEL.**

Grace McGinn seeks to appeal the trial court's order denying her timely-filed motion for new trial in this legitimation case.  The underlying order granted John Reel's petition to legitimate the parties' minor child and established custody and visitation.  Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases including . . . awarding or refusing to change child custody" are directly appealable.  The order at issue was directly appealable under OCGA § 5-6-34 (a) (11) "as it involved the establishment of legal custody over [the] child."  *Caldwell v. Meadows*, 312 Ga. App. 70, 77 (4) (717 SE2d 668) (2011).

Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  In this case, however, McGinn states that she has already filed a timely notice of appeal.  Accordingly, this application is superfluous, and it is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/08/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*